**Electronically Filed**
**Supreme Court**
**SCWC-28745**
**02-AUG-2011**
**09:47 AM**

SCWC-28745

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

OCEANIC KAIMAMALA CORP., NEPHI OHAI, LEO OHAI, and VIRGINIA OHAI,
Petitioners/Plaintiffs-Counterclaim Defendants-Appellants,

vs.

STATE OF HAWAI‘I, STATE OF HAWAI‘I DEPARTMENT OF PLANNING AND
ECONOMIC DEVELOPMENT AND ITS SUCCESSOR ENTITIES,
Respondents/Defendants-Counterclaimants-Appellees,

and

OCEANIC LIBRA CORPORATION, a Hawai‘i corporation,
Petitioner/Additional Counterclaim Defendant-Appellant,

and

TIARE SIMONE MARTIN, aka TIARE OHAI MARTIN; JEAN B. OHAI aka
NORMA JEAN B. OHAI and HAWAII NATIONAL BANK,
Respondents/Additional Counterclaim Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 01-01-2505)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioners' application for writ of certiorari filed on June 23, 2011, is hereby rejected.

DATED: Honolulu, Hawai‘i, August 2, 2011.

Gary Y. Okuda of
Leu & Okuda for
petitioners

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



---

[1]Considered by: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ., and Circuit Judge Crandall, in place of Acoba, J., recused.